UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                               :
In re                                                   :            Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*,             :            Case No. 19-23649 (RDD)
                                                                :
                                         Debtors.[1]  :            Jointly Administered
                                                                :
------------------------------------------------------ x

## UNITED STATES TRUSTEE'S AMENDED NOTICE OF APPEAL OF CONFIRMATION ORDER AND ORDER APPROVING DISCLOSURE STATEMENT

William K. Harrington, the United States Trustee for Region 2, appeals from **(a)** the Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, ECF Doc. No. 3787, and the Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan, ECF Doc. No. 3786, both of which were entered on September 17, 2021, (attached as Exhibit A and Exhibit B, respectively)[2] and **(b)** interlocutory orders of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

[2] The United States Trustee's original notice of appeal of the confirmation order and order approving the disclosure statement [ECF Doc. No. 3776], preceded the entry of the written confirmation order and modified bench ruling, and for that reason, referenced the court's oral ruling on confirmation announced on September 1, 2021. This amended notice reflects the entry of these documents and adds additional parties.

Bankruptcy Court that merge into the Confirmation Order, including the Order Approving (I) Disclosure Statement for Fifth Amended Chapter 11 Plan, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto, ECF Doc. No. 2988, entered on June 3, 2021 (attached as Exhibit C).

The names of the other parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

| **PARTY:** | **REPRESENTED BY:** |
|---|---|
| **Appellees**<br>Purdue Pharma L.P.<br>Purdue Pharma Inc.<br>Purdue Transdermal Technologies L.P.<br>Purdue Pharma Manufacturing L.P.<br>Purdue Pharmaceuticals L.P.<br>Imbrium Therapeutics L.P.<br>Adlon Therapeutics L.P.<br>Greenfield BioVentures L.P.<br>Seven Seas Hill Corp.<br>Ophir Green Corp.<br>Purdue Pharma of Puerto Rico<br>Avrio Health L.P.<br>Purdue Pharmaceutical Products L.P.<br>Purdue Neuroscience Company<br>Nayatt Cove Lifescience Inc.<br>Button Land L.P.<br>Rhodes Associates L.P.<br>Paul Land Inc.<br>Quidnick Land L.P.<br>Rhodes Pharmaceuticals L.P.<br>Rhodes Technologies<br>UDF LP<br>SVC Pharma LP<br>SVC Pharma Inc. | Marshall S. Huebner<br>Christopher Robertson<br>Benjamin S. Kaminetzky<br>Timothy Graulich<br>Eli Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel.: (212) 450-4000 |
| Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP |


| | |
|---|---|
| | 55 Hudson Yards<br>New York, NY  10001<br>Tel.: (212) 530-5000<br>         -and-<br>Gregory P. Joseph<br>Mara Leventhal<br>Joseph Hage Aaronson LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY  10017<br>Tel.: (212) 407-1200 |
| Mortimer Sackler Family/Side A of the Sackler Family | Jasmine Ball<br>Maura Kathleen Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY  10022<br>Tel.: (212) 909-6000 |
| **Additional Appellants**<br>State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY  10110<br>Tel.: (212) 986-6000<br>         -and-<br>Robert W. Ferguson<br>Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY  10110<br>Tel.: (212) 986-6000<br>         -and-<br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General |

| | |
|---|---|
| | Public Advocacy Division<br>Office of the Attorney General<br>400 Sixth Street, N.W., 10th Floor<br>Washington, DC  20001<br>Tel.: (202) 727-3400 |
| State of Maryland | Brian E. Frosh<br>Attorney General of Maryland<br>Brian T. Edmunds<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD  21202<br>Tel.: (410) 576-6578 |
| State of Connecticut | Irve J. Goldman<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>P.O. Box 7006<br>Bridgeport, CT  06601<br>Tel.: (203) 330-2213 |
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin | Allan Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ  07102<br>Tel.: (973) 623-3000 |
| The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself, and the Lac La Ronge Indian Band | Allen J. Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ  07102<br>Tel.: (973) 623-3000 |

Dated:  New York, New York
           September 21, 2021

                              Respectfully submitted,


                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE, Region 2

                              By: */s/ Linda A. Riffkin*
                              Linda A. Riffkin
                              Assistant United States Trustee

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | LINDA A. RIFFKIN |
| Associate General Counsel | Assistant United States Trustee |
| SUMI SAKATA | PAUL K. SCHWARTZBERG |
| BETH LEVENE | BENJAMIN J. HIGGINS |
| WENDY COX | ANDREW D. VELEZ-RIVERA |
| Trial Attorneys | Trial Attorneys |
| Department of Justice | Department of Justice |
| Executive Office for | Office of the United States Trustee |
|   United States Trustees | U.S. Federal Office Building |
| 441 G Street, N.W., Suite 6150 | 201 Varick Street, Room 1006 |
| Washington, DC  20530 | New York, NY  10014 |
| Tel.: (202) 307-1399 | Tel.: (212) 510-0500 |
| Fax: (202) 307-2397 | Fax: (212) 668-2255 |
| | Email: Linda.Riffkin@usdoj.gov |